FILED

DEC 15 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

IN THE MATTER OF:                              )
                                               )    Administrative Order 95
SENIOR JUDGE JAMES L. FOREMAN                  )
CASE ASSIGNMENTS.                              )

## ORDER

The impending retirement of Senior District Judge James L. Foreman requires the reassignment of his docket. The Clerk of the Court is ordered to randomly reassign the civil and criminal cases of Judge Foreman to Chief Judge Murphy, Judge J. Phil Gilbert, Judge David R. Herndon, and Judge William D. Stiehl.

This Order is entered this 15th day of December, 2006.

HONORABLE G. PATRICK MURPHY
Chief United States District Judge